# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**EYDIE GLASSTETTER,**

       **Plaintiff,**

**v.**

**REHABILITATION SERVICES COMMISSION,** *et al.*,

       **Defendants.**

       **Case No. 2:07-cv-125**
       **JUDGE SMITH**
       **Magistrate Judge King**

## ORDER

This matter is before the Court on Plaintiff Eydie Glasstetter's Motion for Stay on Ruling of Summary Judgment (Doc. 55). Plaintiff asserts that her mandamus action was heard by the Franklin County Court of Appeals on September 23, 2008. A ruling was issued on November 6, 2008. Plaintiff filed a Notice of Appeal with the Ohio Supreme Court on November 17, 2008. Plaintiff represents that a decision is expected within nine months. Plaintiff asserts that there are important issues of state law and therefore requests this Court to defer any ruling until the Ohio Supreme Court has ruled on the issues of state law.

The Court agrees that the Ohio Supreme Court should rule on issues pertaining to state law and will therefore defer any ruling in this case. This matter is therefore stayed until a final ruling by the Ohio Supreme Court. Plaintiff must file a written notice with this Court to have the matter reopened.

The Clerk shall remove Document 55 from the Court's pending motions' list.

       **IT IS SO ORDERED.**

       */s/ George C. Smith*
       **GEORGE C. SMITH, JUDGE**
       **UNITED STATES DISTRICT COURT**